County, No. 69697, Francis E. Holman, J., entered March 13, 1975. *Reversed* by unpublished per curiam opinion.

[No. 3760-1.    Division One.    June 7, 1976.]

THE STATE OF WASHINGTON, *Respondent*, v. L. C. WYNDON, *Defendant*, RONALD RAY WYNDON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 70761, Frank J. Eberharter, J., entered April 22, 1975. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Farris and Andersen, JJ.

[No. 3781-1.    Division One.    June 7, 1976.]

THE STATE OF WASHINGTON, *Respondent*, v. L. C. WYNDON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 70761, Frank J. Eberharter, J., entered April 22, 1975. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Farris and Andersen, JJ.

[No. 3959-1.    Division One.    June 7, 1976.]

THE STATE OF WASHINGTON, *Respondent*, v. ALFRED FREDRICK ROYBAL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 70924, Janice Niemi, J., entered June 6, 1975. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Williams, C.J., and Soderland, J. Pro Tem.

[No. 4080-1.    Division One.    June 7, 1976.]

*In the Matter of the Welfare of*
PHILLIP A. NORRIS.

Certiorari to review a judgment of the Superior Court for King County, No. J-74022, Jerome M. Johnson, J., entered August 14, 1975. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Williams, C.J., and Farris, J.